UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>BARBA - RUIZ<br><br>        Defendant(s) | CRIMINAL NO. 08 CR 1370 - JLS<br>                          08 MJ 1176<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~ / Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

RUFINO ANGEL FRANQUEZ-RIVERA
(M/W LOCATED AT I.C.J IN EL CENTRO)

DATED: 5/9/08

                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                        OR
        DUSM

                                        W. SAMUEL HAMRICK, JR.  Clerk

                                        by _____
                                                Deputy Clerk